Jesus M. Soto #222563
Name and Prisoner/Booking Number

ASAC-Eyman/Browning
Place of Confinement

Po Box 3400
Mailing Address

Florence, Az 85132
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED    ☐ LODGED

# Dec 24 2025

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

Jesus M. Soto,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Core-Civic,
(Full Name of Defendant)

(2) Doctor Alvarez,

(3) Docter Pivens,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-25-4888-PHX-KML (CDB)
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: La Palma unit/Eloy, Arizona

Revised 12/1/23                              1                              **550/555**

**B.  DEFENDANTS**

1.  Name of first Defendant: _Core Civic_ .  The first Defendant is employed
as: _3rd party Health care provider/Corrections_ at _CoreCivic-la Palma/ADOC_ .
    (Position and Title)                                    (Institution)

2.  Name of second Defendant: _Docter Alvarez_ .  The second Defendant is employed as:
as: _Docter/provider_ at _La Palma unit_ .
    (Position and Title)                                    (Institution)

3.  Name of third Defendant: _Docter Ivens_ .  The third Defendant is employed
as: _Docter/provider_ at _La Palma unit_ .
    (Position and Title)                                    (Institution)

4.  Name of fourth Defendant: _____ .  The fourth Defendant is employed
as: _____ at _____ .
    (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

**C.  PREVIOUS LAWSUITS**

1.  Have you filed any other lawsuits while you were a prisoner?        ☐ Yes        ☒ No

2.  If yes, how many lawsuits have you filed? _____ .  Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____ .
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____ .
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____ .
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _____

   8th Amendment Violation

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☒ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Core Civic - La Palma Correction Center (LPCC) entered into 3rd party contract with the Arizona Department of Corrections to Housed and provide medical Health care to its ADOC inmates population, But Core Civic medical policies and procedures are designed to delay or deny ADOC inmates access to proper and and adequate health care, to wit (Hep-C treatment) instead relaying on other alternative treatment or no treatment at all, Leaving ADOC's inmates to suffer unnecessary pain without providing ADOC inmates proper and adequate medical care not providing adequate or effective pain medications. Doctor Alvarez, is the medical provider for core civic at La Palma unit, who responsiblues, are to evolate ADOC inmates health care needs and who submits referrals and any out of unit consultations, pain management treatment plan and/or decides which ADOC inmates recieves alternative Hep C treatment or no medical treatment at all. Doctor Evens is a doctor/provider (telemeds) for core civic at La Palma unit, who (supposely) examines diagnosis and submits referrals for out of unit consults, Hep C treatment and which ADOC inmates recieves Alternative treatment plans prescribed pain medications and/or decides of any ADOC inmates recieves no medical treatment at all. Plaintiff was first diagnosed with Hep C in 2015, throughout his incarceration Plaintiff

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Core civic medical policies and procedures are to delay - denied and seek alternative treatment or no treatment at all, leaving Arizona Department of corrections inmates to suffer in unnessary pain and without Hep-C treatment. Doctor Alvarez Should Honor

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

3 - supporting facts

Has been monitored through chronic care, on July 8, 2021 lab Results state; HCV·RNA·Quant·29045 - Above High Normal - 0·12, HCV·RNA Qual· positive, Abnormal, on June 3, 2022 An C.T. scan was preformed on plaintiff, Results (problems - Abnormal CT of liver (793·3)(R93·2)... on 12·21·2022 plaintiff submitted An Health Needs Request (HNR) stating; " I Have Hep·c And I Need medical treatment to get Hep·c cure treatment, I do Not want to develope cirrhosis of my liver, my liver is in pain, I need proper medical care"... on 12·21·2022, plaintiff was seen By the provider concerning plaintiff's HNR, the provider informed plaintiff that He does Not quailify for the Hep·c treatment until plaintiff developed stage 4 cirrhosis, plaintiff informed the provider that He is experiencing liver pain, cold sweats, Nausa, dizziness, Body Aches And trouble sleeping, the provider stated, she will Recommend lab draw, on 2·9·2023 plaintiff submitted Another HNR stating; " I would like to know on whats going on with my Hep·c test, that the provider schedule for me? Because I want to get cured of this disease... plan of action·(Response)" you Are on the list to Be seen"... on or about 2·21·2023, plaintiff was seen By the provider Alvarez, provider Alvarez stated, she will order lab's to check plaintiff's Hep·c level And if plaintiff's Hep·c level's Are low, plaintiff will Not quailify for No Hep·c treatment But if, plaintiff's Hep·c level's Are High (stage 4 cirrhosis), provider Alvarez will Recommend Hep·c treatment, plaintiff expressed to the provider that He's experiencing fatigue, Nausea, Night sweats Body Aches, And liver pain And that plaintiff does Not want to developed stage 4 cirrhosis Before Being considered for Hep·c treatment, provider Alvarez stated, we will desterminate plaintiff Hep·c treatment plan, when plaintiff Lab Results Return,... on or About 3·12·2023, plaintiff was taken to medical for lab drawn - 6 tubes of Blood, on 4·1·2023, plaintiff submitted An HNR inquiring; " I want to know on About my lab's Results From the 6 tubes of Blood was taken out for my Hep·c And talk to the provider About my

3 - supporting facts

lab results and i'm in pain from my upper right side (RUQ) "plan of action" "I will schedule you with DR montgomery for follow up review with you"... on 4-12-2023 plaintiff submitted another HNR, stating; " yes, i have been diagnosed with Hep-c, i have Repeatly asked for Hep-c treatment Because, i am experiencing constant pain around my liver, furthermore, i was informed that i would Be scheduled for lab's But core-civic medical staff, is short of staff, so i am Being deny proper medical care, i am Requesting proper medical care, Hep-c-treatment", plan of action; you have an appt w/provider pending,...on 4-12-2023, plaintiff submit an inmate informal complaint resolution case# 23-055624, stating; " i am Being deny Hep-c treatment Because it's to expensive and i do not qualify until i develope stage 4 cirrhosis, i am experiencing Body Aches, headaches, muscle aches, fatigue all due to this constant liver pain and Hep-c, the providers Burnett, zacari would/ refuse to prescribed me with any effective pain medications to wit: tylenol/ibuprofen Because i have Hep-c, so i am left to suffer unnecessarily, i need proper and adequate medical care" on 5-24-2023, plaintiff received a medical Response to plaintiff's informal complaint case# 23-055624, Response; " thank you for your time in this matter, in your grievance you state that you are Having some medical issues due to a chronic condition, if you need medical services please submit an HNR, After a chart Review it was determined that you have Been seen by medical staff, Have Had labs drawn, to monitor your chronic condition, you were seen on 5/15, 5/1, 5/5, 3/3, 2/17 ... you have a scheduled chronic care appointment, please keep this appointment when called, providers have a plan of care in place concerding your chronic issue, with this Being said, this grievance is considered resolved, no further Action is needed, thank you. Responder's name, kirk weddle, (it should Be noted, this medical Response is out of time frames)... on 5-1-2023, plaintiff

-(R)-

3. Supporting facts

was seen by provider Alvarez concerning plaintiff's left wrist/thumb damage, plaintiff asked provider Alvarez, if she can refer plaintiff to a hand/wrist specialist because his wrist/thumb is causing him alot of pain and is affecting his daily activities, provider Alvarez ordered another wrist/thumb x-ray, plaintiff asked provider Alvarez about the lab results concerning his hep-c, provider Alvarez stated, plaintiff does not qualify for hep-c treatment, on 5-5-2023, plaintiff was taken for an left arm/wrist x-ray, on 5-9-2023 plaintiff submitted a inmate grievance case# 23-055624 stating, i did not received a medical timely response, on 4-12-2023 i submitted a HNR complaining of this liver pain and my hep-c diagnosis, i have not been seen by no chronic care provider and providers Burdett and zakari both have refused to recommend hep-c treatment or prescribed me any effective pain medications to help relief this liver pain, i need proper and adequate medical care, proposed resolution; hep-c treatment, prescribed effective pain medications, take my medical issues seriously, provide me proper medical care, action taken by; this informal that belongs to this grievance is not due until 5-26-2023, you can move forward with your grievance on that date, on 5-11-2023 plaintiff was taken to main medical "la palma unit-core-civic" to see the provider, only to be informed that his medical appointment has been rescheduled, on 5-15-2023, plaintiff was seen by provider Alvarez, to follow up on lab results provider Alvarez stated plaintiff does not qualify for hep-c treatment because his level are 62, plaintiff informed provider Alvarez that he's been experiencing body aches, nausua, dizziness, fatigue, headaches and this constant pain around his liver area, provider Alvarez stated, she will prescribe tylenol for the pain, plaintiff informed provider Alvarez that tylenol is ineffective in relieving this liver pain and tylenol is not good for his hep-c diagnosis, on 5-26-2023 plaintiff received a "out of time frame medical response" stating, thank you for your time in this matter, in your

3- Supporting
   Facts

grievance you state that you are having some medical issues due to a chronic care, if you need medical services please submit an HNR, After a chart review it was determined that you have been seen by medical staff, have had labs drawn to monitor your chronic condition, you were seen on 5/15, 5/1, 5/5, 3/3, 2/17, you have a scheduled chronic care appointment, please keep this appointment when called, providers have a plan of care in place concerning your chronic issue, with this being said, this grievance is considered resolved, no further action is needed, thank you." on 5-29-2023, plaintiff submitted an inmate grievance appeal case# 23-055624 to FHA "facility Health Administrator" core/civic stating;" I been experiencing this constant liver pain, i have been diagnosed with Hep-c and i been trying to get Hep-c treatment, both providers have refused to recommend Hep-c treatment, nor have they prescribed me with any effective pain medications to help relief this constant liver pain, please help me get Hep-c treatment and proper and adequate medical care, furthermore, i submitted my informal on 4-12-23, inmate Grievance on 5-9-23 and now submitting my Grievances Appeal on 5-29-23, I am within time frames, please check your Records, policy states, 15 working days to Response (read ADCRR grievance policy). on 6-23-2023, plaintiff submitted a inmate Grievance appeal case# 23-055624 to ADOC-Director, stating: "i did not received no timely medical Response.- the core civic medical staff is denying proper medical care, they do not want to start Hep-c treatment until i developed stage 4 cirrhosis on my liver, plus i am experiencing this constant liver pain, i have done lab work but i have not been informed if my lab work results are normal or not, but all i am asking for is Hep-c treatment and proper medical care for my serious medical condition, please help me because i do not want to developed cirrhosis nor liver cancer or even die for the lack of treatment"

3 - supporting facts

on 7-5-2023, plaintiff was seen by provider Alveraz to follow-up on plaintiff's damage wrist/ step-c status, provider Alveraz stated, plaintiff wrist is not broken and plaintiff does not qualify for step-c treatment because its too expensive and plaintiff does not have stage 4 cirrhosis, plaintiff informed provider Alvarez that he's been experiencing nausea, fatigue, bodyaches, chills, headaches, nightsweats and this constant liver pain and that, he's not trying to developed stage 4 cirrhosis or liver cancer, before receiving step-c treatment, provider Alvarez stated, plaintiff does not qualify for step-c treatment because his score levels are low, provider Alvarez refused to recommend step-c treatment and did not prescribed plaintiff with any effective pain medications, on 8-17-2023 plaintiff was seen for chronic care, plaintiff informed the provider he would like to received step-c treatment cause he's experiencing fatigue, headaches, bodyaches, chills, nightsweats and this constant liver pain, provider stated, plaintiff does not qualify for step-c treatment because his score levels are low and he does not have stage 4 cirrhosis, plaintiff informed the provider, he's not trying to develope stage 4 cirrhosis and they're cure's for step-c now, the provider stated, he can not recommend step-c treatment or prescribed any effective pain medications, on 8-27-2023, plaintiff submitted an inmate informal complaint resolution case# 23-061301 stating, "im writing this informal because i have step-c and im in pain, my pain comes from my liver on my right side, i want to get the cure for step-c, im getting denyed the step-c cure because im not in a right stage of life and death level of my step-c, i do not want to be in that predictament stage or level, right now, im suffering and in pain, my resolution to this informal is to get the cure, as soon as possible" on 9-20-2023, plaintiff received a medical response to inmate informal case# 23-061301 stating, thank you for your time in this matter, in your grievance you state you are requesting step-c treatment, after a chart review it was determined that you

3. supporting facts

saw a provider on 8-17-2023 for CCC, you were educated on the plan for your HCV, labs, ultrasound ect, at this time medical is not providing Hep-C treatment, you are being monitored by the providers through your CCC visits, if you need to be seen by medical please submit an HNR, please keep all scheduled appointment when called, and remain medication compliant, at this time this grievance is considered resolved, no further action is needed, thank you", on 11-5-2023, plaintiff submitted another inmate informal complaint resolution case # 23-064643, stating," I am being denyed Hep-c treatment because its to expensive and I do not qualify until I developed stage 4 cirrhosis, I am experiencing Body aches, Headaches, muscle aches, fatigue, all due to this constant liver pain and Hep-c, the providers Burnett and Alvarez/refuse to prescribed me with any effective pain medication to wit; tylenol and Naproxen because I have Hep-c, so I am left to suffer unnecessarly, I need proper and adequate medical care," on 11-16-2023, plaintiff received a medical response case # 23-064643 stating, " think you for your time in this matter, in your grievance you are stating you want Hep-c treatment and c/o pain, after a chart review it has been determine that Hep-c treatment is not available at this facility, it is not offered, you have submitted 2 HNR's since July 1 on 7-21-23 Requesting glasses and the other on 9-12-23 Requesting medication, if you are in need of medical services please submit an HNR stating your situation, if you are in pain please submit an HNR to be assessed by medical, please keep all scheduled appointments when called, at this this grievance is considered resolved, think you"... on 11-23-2023, plaintiff submitted an inmate grievance case # 23-064643 stating," I am writing this grievance today date 11-23-23 Because, I put in a informal complaint on getting Hep-c treatment and the response to my informal was that this facility at la palma does not have Hep-c treatment and is not

2(f)

3 - supporting facts

AVAilAble and not offered at LA palma, i wAnt proper Adequate medical care And proper Adequate paid medicAtion, proposed resolution: i wAnt proper Adequate medical cAre step-c treatment And pAin medicAtion, on 12-5-2023, plaintiff Received a formAl GRievance Response case # 23-064643 stating: " thank you for your time in this matter, in your grievance you stAte that you Are Requesting medical services, After A chart Review is has Been determined that this A second Request concerning this issue, As stated before in A previous grievance, step-c treatment is not AVAilAble At this facility At this time, this information has Been supplied to you, if you Are in Need of medical services, you state you Are in pAin, please submit An HNR to Be evAluated By medical stAff, your last 2 HNR's Are from 7-21-23 for glasses And 9-12-23 for mental Health services, there hasn't Been Any HNR's for issues with pAin, At this time there will not Be Any step-c treatment At this facility, this grievance is considered Resolved, thank you..." on 12-14-2023, plaintiff submitted A inmate GRievance Appeal case # 23-064643 stating: " i have A HnR for my pAin, for my step-c, the medicAtion does not work, i have constant pAin, i can't keep my food down, i'm AlwAys tired do not have energy to get up to go to chow" on 1-30-2024, plaintiff was taken to main medical At LA palma At 12-15 pm, plaintiff was not seen By no medical stAff due to the fact of shortness of medical stAff, so At 3-45 pm plaintiff was escorted BAck to LA palma for court time, on 1-31-2024, plaintiff was seen By provider IVANe for follow-up of step-c , provider stated, there was no lab results, plaintiff informed provider IVANS that He is experiencing nAusea, fAtigue, chills, Body Aches, night sweats, headaches, And this constant liver pAin, provider IVANS stated, He will order lab work for A fibrosure test to check plaintiff's step-c levels, plaintiff Asked provider IVANS to Recommend step-c treatment, provider IVANS stated, plaintiff does not qualify

3- supporting facts

for step-c treatment, plaintiff informed provider ivan's that he does not want to developed stage 4 cirrhosis or liver cancer before starting step-c treatment And his liver is in pain, provider ivan's stated, he can not Recommend step-c treatment,.. on 2-16-2024, plaintiff submitted An slack stating," core-civic is being deliberate indifference to my serious medical needs, im just trying to get proper And Adequate medical care to wit; step-c treatment, please help me, im not trying to get stage 4 cirrhosis before core-civic And its medical decides to recommend step-c treatment,.

4- injury

Her medical oath of (Do no harm) And ensuring plaintiff is Receiving proper And Adequate medical care for his serious medical needs, But Doctor Alvarez Refused to Recommend A Referral for plaintiff to Receive step-c treatment, further more, Doctor did not prescribe plaintiff no effective pain medications to help Relieve his constant liver pain, Doctor ivan's, is A Retired (surgeon) who should also honor his medical oath of (Do no harm) by prescribing plaintiff effective pain medications And Referral plaintiff for step-c treatment But Doctor ivan's Refused to prescribe plaintiff Any effective pain medications or recommend plaintiff for step-c treatment,.. Both, Doctors And core civic medical staff Refused to provide plaintiff proper And Adequate medical care, But provide no medical care At all, leaving plaintiff to suffer in unnecessary pain

**COUNT II**

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count II.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
   ☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
   ☐ Disciplinary proceedings          ☐ Property          ☐ Exercise of religion          ☐ Retaliation
   ☐ Excessive force by an officer          ☐ Threat to safety   ☐ Other: _____.

3. **Supporting Facts.**   State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                                  ☐ Yes      ☐ No
   b. Did you submit a request for administrative relief on Count II?                        ☐ Yes      ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?        ☐ Yes      ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____.

4

**COUNT III**

1.    State the constitutional or other federal civil right that was violated: _____
_____ .

2.    **Count III.**   Identify the issue involved.   Check **only one**.   State additional issues in separate counts.
☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings          ☐ Property          ☐ Exercise of religion          ☐ Retaliation
☐ Excessive force by an officer          ☐ Threat to safety     ☐ Other: _____ .

3.    **Supporting Facts.**   State as briefly as possible the FACTS supporting Count III.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.    **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.    **Administrative Remedies.**
   a.    Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                                         ☐ Yes          ☐ No
   b.    Did you submit a request for administrative relief on Count III?                    ☐ Yes          ☐ No
   c.    Did you appeal your request for relief on Count III to the highest level?          ☐ Yes          ☐ No
   d.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.   _____
_____ .

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff is seeking Nominal damage of $1 and compensatory damage of 13 million U.S dollars for his constant pain, suffering and for his emotional suffering and punitive damage of 9 million us dollars for the deliberate indifference these defendants have cause the plaintiff by their reckless acts of disregarding the Plaintiffs serious medical needs and any further relief as the court deems just and proper as well as any attorney's fees of the plaintiff can secure an attorney and any courts costs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

                        DATE

_____

SIGNATURE OF PLAINTIFF

_____

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6